UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| ELBERT KURT CRITES | ) | |
| | ) | |
| v. | ) | NO. 2:11-cv-267 |
| | ) | *Mattice/Carter* |
| CHRIS MATHES, Sheriff, *et al.* | ) | |

## MEMORANDUM and ORDER

By order entered on April 30, 2012, this *pro se* prisoner was notified of a deficiency in his civil rights lawsuit under 42 U.S.C. § 1983, specifically the omission of a statutorily-required, certified copy of his inmate trust account statement, [Doc. 3]. Plaintiff was forewarned that, unless he corrected the cited deficiency within thirty (30) days, the Court would assume that he is not a pauper, assess the entire filing fee, and dismiss his case. More than thirty days have passed since the Court issued the order, and plaintiff has failed to respond to or comply with the order.

Accordingly, plaintiff is **ASSESSED** the civil filing fee of three-hundred and fifty dollars ($350.00), and this action will be **DISMISSED WITH PREJUDICE** for want of prosecution.

A separate order will enter.

**ENTER**:

                                                */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE